**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Tyna Frances Williams                              Bky. Case No: 24-42375

                                                                    Chapter 13 Case

Debtor(s).

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

---

      Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes his appearance as attorney for debtor(s), Tyna Frances Williams, in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, order, financial and other reports), served or filed in this case upon the undersigned at the office address and telephone number set forth below.

James Jensen-Kowski
LifeBack Law, P.A.
6445 Sycamore Ct. North
Maple Grove, MN 55369
(320) 252-0330

Dated: September 12, 2024

                                                                      LifeBack Law, P.A.

                                                                   /e/ James Jensen-Kowski
                                                                 James Jensen-Kowski
                                                                 Attorney for Debtor(s)
                                                                 6445 Sycamore Ct. North
                                                                 Maple Grove, MN 55369
                                                                 (320) 252-0330