**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Williams, Tyna Frances                                       BKY Case No. 24-42375
                                                                    Chapter 13


                Debtor(s).

---

**NOTICE OF HEARING AND MOTION TO CONTINUE THE AUTOMATIC STAY**
**UNDER 11 U.S.C. §362(c)(3)**

---

TO:   The Chapter 13 Trustee, the United States Trustee and the Creditors and Parties in Interest listed on the Service List.

1. Debtor(s), above-named, move the court for the relief requested below and give Notice of Hearing.

2. The Court will hold a hearing on this motion at 3:00 pm on Tuesday, October 1, 2024. The hearing will be conducted telephonically. Please dial 1-888-684-8852 to call in for the hearing. When prompted, enter access code: 5988550. When prompted, enter security code: 0428. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any response to this motion must be filed and served by delivery or mail not later than Tuesday, September 24, 2024, which is seven days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 13 case was filed on September 3, 2024. This case is now pending in this court.

5. This motion arises under 11 U.S.C. §362(c)(3). This motion is filed under Bankruptcy Rule 9013 and Local Rules 9013-1 through 9013-3. Debtor(s) request relief of this court for an order continuing the automatic stay beyond 30 days from the date of filing. Debtor(s) filed a previous Chapter 13 on October 17, 2023 which was subsequently dismissed on 7/01/2024. The case was dismissed for failure to make the plan payments.

6. A separate memorandum of fact and law is submitted along with this motion.

WHEREFORE, debtor(s) pray for an order continuing the automatic stay.

Dated: September 19, 2024

LIFEBACK LAW, P.A.

/e/ James Jensen Kowski #0402116
James Jensen Kowski
6445 Sycamore Court North
Maple Grove, MN 55369
(612) 843-0529
james@lifebacklaw.com

**Verification**

I, James Jensen Kowski, the attorney for the debtors in this case, state and declare under penalty of perjury that the foregoing and supporting documents are true, correct, and accurate to the best of my knowledge, information and belief.

Dated: September 19, 2024

/e/ James Jensen Kowski

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Williams, Tyna Frances

BKY Case No. 24-42375
Chapter 13

Debtor(s).

**MEMORANDUM OF LAW**

**FACTS**

Debtor(s) filed a Chapter 13 bankruptcy case on September 3, 2024.

Debtor(s) had a previous Chapter 13 bankruptcy case pending within the past one year. The previous case was filed on October 17, 2023 and dismissed on 7/01/2024.

During debtor's prior Chapter 13 case, Debtor had fluctuating income and as a result was not able to make their scheduled plan payments. Debtor now has new employment, and anticipates this will allow them to make the Chapter 13 plan payments as scheduled.

**LAW**

Pursuant to 11 U.S.C. §362(c)(3)(A), the stay for any action outlined under subdivision (a) shall terminate on the 30th day after filing if a previous case was pending and dismissed within the preceding one year period (except a case dismissed under 707(b)). Under 11 U.S.C. (C)(3)(B), on motion of a party in interest, the stay can be continued as to any and all creditors after notice and a hearing completed within the 30 days if the party in interest (the debtor in the instant case) can demonstrate the latter case was filed in good faith. Under 1 U.S.C. §(c)(3)(C), a case is presumptively filed not in good faith if 1) more than one previous case was pending within the preceding one year, or 2) a previous case was dismissed within one year after the debtor(s) failed to file or amend a petition or other document as required by Title 11 of the United

States Code or by order of the court without a substantial excuse (but mere inadvertence or negligence shall not be a substantial excuse unless the dismissal was caused by the negligence of the debtor's attorney), or 3) the debtor(s) failed to provide adequate protection as required by the court, or 4) the debtor(s) failed to perform the terms of a plan confirmed by the court, or 5) there has been a substantial change in the financial or personal affairs of the debtor(s) since the dismissal of the next most previous case under Chapter 7, 11 or 13 or any other reason to conclude that the latter case will be concluded - if a Chapter 13 with a confirmed plan that will be fully performed. The presumption of lack of good faith can be rebutted by clear and convincing evidence and conditioned or limited as the court may impose. 11 U.S.C. §362(c)(a)(C).

The instant case was filed in good faith and the debtor(s) will be able to obtain a confirmed Chapter 13 plan and pay for that plan. Since the dismissal of the previous Chapter 13 bankruptcy on 7/01/2024, Debtor had fluctuating income and as a result was not able to make their scheduled plan payments. Debtor now has new employment, and anticipates this will allow them to make the Chapter 13 plan payments as scheduled.

Debtor(s) filed this case on September 3, 2024. This hearing is within the 30 day statutory time- frame. Since the motion requests to continue of the automatic stay as to all creditors, all creditors and other parties in interest on the court's matrix have been served.

Dated: September 19, 2024

                                                  KAIN & SCOTT, P.A.

/e/ James Jensen Kowski #0402116
James Jensen Kowski
6445 Sycamore Court North
Maple Grove, MN 55369
(612) 843-0529
james@lifebacklaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Tyna Frances Williams | BKY Case No. 24-42375 |
| | Chapter 13 |
| Debtor(s). | |

**ORDER**

This matter came before the Court on Debtors request for relief and motion to continue the automatic stay under 11 U.S.C. §362(c)(3).

Based on the files and records herein,

IT IS ORDERED:

1. Debtors motion is GRANTED.

2. The automatic stay is continued under 11 U.S.C. §362(c)(3).

Dated: _____          _____
United States Bankruptcy Judge

Americash
Attn: Managing Agent
2400 East Devon Ave
Des Moines, Iowa 60018

LVNV Funding, LLC
Attn: Corporation Service Company
355 S Main Street
STE 300-D
Greenville, SC 29601

LVNV Funding, LLC
Attn: Corporation Service Company
2345 Rice Street
Suite 230
Roseville, MN 55113

Premier Bank
ATTN: Managing Agent
2866 White Bear Ave,
Maplewood MN 55109

First Premier Bank
ATTN: Managing Agent
3401 S Kiwanis Ave
Sioux Falls, SD 57105

Landlord Resource Network
ATTN: Managing Agent
3201 Hennepin Ave S
Minneapolis, MN 55408

Professional Collectors Corp
Attn: Managing Agent
609 1st Ave SW
Rochester, MN 55901

Radius Global Solutions
ATTN: CT Corporation System Inc
1010 Dale St N
St. Paul, MN 55117

Destiny Mastercard
ATTN: Managing Agent
PO BOX 4477
Beaverton OR, 97076

SA Management LLC
ATTN George E Sherman
233 Park Avenue South, Suite 201
Minneapolis, MN 55415

Telecom Selfreported
ATTN Registered Agent
NCTUE Disclosure Report
Exchange Service Center:
PO Box 105161
Atlanta, GA, 30348

Xcel Energy Inc
ATTN Corporation Service Co
2345 Rice St, Suite 230
Roseville, MN, 55113

SA Midtown Exc. Apt. Lmt. Part
ATTN SA Investment LLC
233 Park Ave S #201
Minneapolis, MN 55415

Self Financial Inc
ATTN Cogency Global Inc
6160 Summit Drive N
Suite 205
Brooklyn Center, MN 55430

US Department of Education
ATTN Registered Agent
400 Maryland Avenue SW
Washington, D.C 20202

Minneapolis
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Americash
PO BOX 1728
Des Plaines, IL 60017

| | | |
|---|---|---|
| Destiny Mastercard<br>PO BOX 23030<br>Columbus GA 31902-3030 | First Premier Bank<br>Attn: Bankruptcy Dept<br>Po Box 5515<br>Sioux Falls SD 57117-5515 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Landlord Resource Network<br>225 S 6th St. Suite 3900<br>Minneapolis MN 55402-4622 | MN Dept of Revenue<br>Attn: Denise Jones<br>PO Box 64447<br>Saint Paul MN 55164-0447 |
| Premier Bank<br>301 Central Ave<br>Osseo MN 55369-1126 | Professional Collectors Corp<br>Attn: Bankruptcu<br>755 South Main Street Fonddu Lac WI<br>54935-5739 | Radiusglobal<br>9550 Regency Square Blvd<br>Jacksonville FL 32225-8116 |
| SA Management LLC<br>233 Park Ave S<br>Minneapolis MN 55415-1112 | SA Midtown Exc. Apt. Lmt. Part<br>2929 Chicago Ave<br>Minneapolis MN 55407-1390 | (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3206 |
| Telecom Selfreported<br>Po Box 4500<br>Allen TX 75013-1311 | U.S. Department of Education<br>Ecmc/Attn: Bankruptcy<br>P.O. Box 16408<br>Saint Paul MN 55116-0408 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | (p)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402-1250 |
| James Jensen-Kowski<br>LifeBack Law Firm, PA<br>6445 Sycamore Court North<br>Maple Grove, MN 55369-6028 | Tyna Frances Williams<br>2929 Chicago Ave Apt #333<br>Minneapolis, MN 55407-4251 | Wesley W. Scott<br>LifeBack Law Firm, PA<br>13 Seventh Ave S<br>St Cloud, MN 56301-4259 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Tyna Frances Williams                                  BKY Case No. 24-42375
                                                              Chapter 13

  Debtor(s).

UNSWORN CERTIFICATE OF SERVICE

I, Brooke Abraham, declare under penalty of perjury that on September 19, 2024, I caused to be served the Notice of Hearing and Motion to Continue the Automatic Stay Under 11 U.S.C. §362(c)(3), Memorandum of Law, Affidavit of Tyna Frances Williams and Proposed Order via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the address set forth in the exhibit which is attached hereto, by first class mail with postage prepaid.

Dated: September 19, 2024                    /e/ Brooke Abraham
                                             Brooke Abraham
                                             Lifeback Law, P.A
                                             6445 Sycamore Court North
                                             Maple Grove, MN 55369
                                             (612) 843-0529