UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Williams, Tyna Frances                                          BKY Case No. 24-42375
                                                                Chapter 13
Debtor(s).

## ATTESTATION OF DEBTOR

    I, Tyna Frances Williams, debtor in the foregoing motion, attest and declare under penalty of perjury that the foregoing is true and correct, according to the best of my knowledge, information and belief.

Dated: 10/02/2024

*Tyna williams*

Tyna Frances Williams