**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No: 24–42375–WJF |
| Tyna Frances Williams, | Chapter 13 |
| Debtor(s). | |

**ORDER UNDER 11 U.S.C. § 362(c)(3)(B) EXTENDING THE AUTOMATIC STAY**

This case is before the court on the motion of a party in interest for continuation of the automatic stay under 11 U.S.C. § 362(c)(3)(B). Based on a review of the motion and all of the files and records, the court finds:

(1) A case of the debtor(s) was pending within the 1–year period preceding the commencement of this case and was dismissed other than under § 707(b).

(2) The filing of this case is in good faith as to all creditors.

THEREFORE, IT IS ORDERED: Subject to the exceptions provided in 11 U.S.C. § 362(b), the automatic stay of § 362(a) is extended as to all creditors until terminated by statute or relief from the stay is granted.

Dated: 10/3/24                                                                William J Fisher
                                                                              United States Bankruptcy Judge

**mnborlfcont** 5/23