UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                          CHAPTER 13

Tyna Frances Williams,                          CASE NO.  24-42375 - WJF

Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

Pursuant to Bankruptcy Rules 9010(b) and 2002(g)(1) and Local Rule 2002-5, the undersigned

hereby notes an appearance as attorney for:

*SA Midtown Exchange Apartments LP and Sherman Associates, Inc.*

creditors in the above case, and requests all parties in interest to serve copies of all notices and

all papers (including pleadings, motions, applications, orders, financial and other reports) served

or filed in this case upon the undersigned at the office address set forth below.

**Landlord Resource Network, LLC**

Dated: *December 18, 2024*                      /s/ Bridget Brine
                                                Bridget Brine (Attorney No. 022778X)
                                                225 S. 6th Street, Suite 3900
                                                Minneapolis, MN 55402
                                                Telephone: 612-314-3660
                                                bridget@landlordresource.net