# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Tyna Frances Williams,<br><br>Debtor. | Chapter 13<br>Case No. 24-42375 (WJF) |

## ORDER

The above-entitled matter came on for hearing on the Debtor's Motion under 11 U.S.C. § 1322 on May 22, 2025, at the U.S. Bankruptcy Court, Saint Paul, Minnesota.

Appearances were as noted on the record.

Based upon the evidence adduced at the hearing, the arguments of counsel, and the Court being fully advised of the premises,

IT IS HEREBY ORDERED:

Confirmation of the Debtor's Chapter 13 plan is denied.

Dated: July 9, 2025

s/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge